# In the United States District Court
# for the Southern District of West Virginia
# at Parkersburg



APR - 3 2007

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**SEQUELLE COMMUNICATIONS ALLIANCE, INC.**, a West Virginia corporation,

    Plaintiff,

*vs.*

**HEIDI DITCHENDORF LAUGHERY**, *et al.*,

    Defendants.

*vs.*

**A. MICHAEL McPEEK,**

    Third Party Defendant.

Civil Action File No. 6:05-CV-0707.
Goodwin, J.

## Order Granting Plaintiff's Motion for Voluntary Dismissal

On the 15th day of March, 2007, the plaintiff served and filed its *Plaintiff's Motion for Voluntary Dismissal* and copies were duly served on all other parties hereto. Pursuant to *L.R.Civ.P.* 7.1(c), memoranda in response to such motions are to be served and filed within fourteen (14) calendar days of the service of the motion to which such memoranda are responsive, and no memoranda were served within the time permitted by *L.R.Civ.P.* 7.1(c).

Accordingly, the Court concludes that no party opposes the dismissal of this action pursuant to the Plaintiff's Motion for Voluntary Dismissal nor does any party seek to have any separate or separable claim retained on the docket.

Therefore, the Court doth hereby Order, Adjudge and Decree that this civil action, and all claims raised herein, be, and they are each hereby, dismissed and dropped from the docket of this Court with prejudice, each party to bear its own costs and attorneys' fees and that all counsel of record be, and each is hereby, relieved of any obligation further to maintain original discovery materials.

Enter: April 3, 2007

_____
THE HONORABLE JOSEPH R. GOODWIN,
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Richard A. Hayhurst, West Virginia Bar No. 1648,
Counsel for Plaintiff.

2